IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02472-CMA-BNB

JAMES FRANCIS SORENSEN,

    Plaintiff,

v.

MS. RABLE, Acting Dentist, and
MS. LOHMAN, Acting Dental Technician,

    Defendant.

## ORDER STRIKING PLEADING

Defendants' Motion to Dismiss (Doc. # 11) was referred to the Magistrate Judge for a Recommendation on February 9, 2009 (*see* Doc. # 12). The Magistrate Judge issued a recommendation that the Court grant Defendants' Motion on August 19, 2009 (Doc. # 21). The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. Despite this advisement, neither party filed objections to the Magistrate Judge's Recommendation. This Court AFFIRMED the Magistrate Judge's decision on September 11, 2009 (Doc. # 23), and this matter was DISMISSED.

For the foregoing reasons, Plaintiff's Motion of Objection (Doc. # 25) is hereby STRICKEN as untimely.

DATED: September __22__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge